■    In the Matter of EILEEN TUCKER, Petitioner, v JAMES P. MELTON, as Commissioner of the Department of Motor Vehicles, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of Motor Vehicles, which, after a hearing, suspended petitioner's motor vehicle operator's license. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination under review was made on substantial evidence, and the penalty imposed was not excessive (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.

■    In the Matter of JOSEPH WILLIAMS, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, dated April 6, 1976 and made after a hearing, which dismissed petitioner from his position as a motorman. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. In view of petitioner's past record, the penalty of dismissal was not excessive. We have considered petitioner's other arguments and find them to be without merit. Martuscello, J. P., Latham, Margett and O'Connor, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANE BOLDING, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 10, 1976, convicting her of assault in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the facts, and indictment dismissed. The appellant's guilt was not established beyond a reasonable doubt. Latham, Margett and O'Connor, JJ., concur; Martuscello, J. P., dissents and votes to affirm the judgment.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CACASE, Appellant.—Judgment of the Supreme Court, Kings County, rendered June 19, 1975 (the date on the clerk's extract is August 28, 1975), affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Cohalan, J. P., Damiani, Rabin and Titone, JJ., concur.